1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                      CENTRAL DISTRICT OF CALIFORNIA
10
11  GRACE KANG, an individual,            )   Case No. 2:09-cv-08891-JHN-AGRx
                                          )
12                      Plaintiff,        )   **ORDER GRANTING**
                                          )   **DEFENDANTS' MOTION TO**
13  vs.                                   )   **DISMISS**
                                          )
14                                        )
15  BANK OF AMERICA HOME                  )   Judge: Honorable Jacqueline H.
    LOANS SERVICING, LP, business         )   Nguyen
    entity unknown; MORTGAGE              )
16  ELECTRONIC REGISTRATION               )
    SYSTEMS, INC., business entity        )
17  unknown; RECONTRUST                   )
    COMPANY, N.A., business entity        )
18  unknown; and DOES 1 through 50,       )
    inclusive,                            )
19                                        )
                        Defendants.       )
20                                        )
21  _____ )

22          On December 10, 2009, Defendants filed a Motion to Dismiss Plaintiff's

23  Complaint [5].  Plaintiff did not file any opposition.  The Court has read and

24  considered the motion and deems this matter appropriate for decision without oral

25  argument.  *See* Fed. R. Civ. P. 78(b); Local Rule 7-15.  Accordingly, the hearing

26  set for January 11, 2010 is removed from the Court's calendar.

27          Plaintiff was required to file an opposition under Local Rule 7-9.  Failure to

28  do so may be deemed consent to the granting of the motion.  *See* Local

    Rule 7-12.  The Court hereby deems Plaintiff's failure to file a written opposition

as consent to the granting of the motion.  Accordingly, the Court hereby GRANTS

Defendants' Motion to Dismiss, and the complaint is dismissed without prejudice.

Plaintiff may file an amended complaint within 30 days from the date of

this order.

Dated:  January 7, 2010

_____
Honorable Jacqueline H. Nguyen
UNITED STATES DISTRICT COURT