UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE KANG, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA HOME LOANS SERVICING, LP, business entity unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., business entity unknown; RECONTRUST COMPANY, N.A., business entity unknown; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 2:09-cv-08891-JHN-AGRx<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>Judge: Honorable Jacqueline H. Nguyen |

      On December 10, 2009, Defendants filed a Motion to Dismiss Plaintiff's Complaint [5]. Plaintiff did not file any opposition. The Court has read and considered the motion and deems this matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); Local Rule 7-15. Accordingly, the hearing set for January 11, 2010 is removed from the Court's calendar.

      Plaintiff was required to file an opposition under Local Rule 7-9. Failure to do so may be deemed consent to the granting of the motion. *See* Local Rule 7-12. The Court hereby deems Plaintiff's failure to file a written opposition

1  as consent to the granting of the motion.  Accordingly, the Court hereby GRANTS
2  Defendants' Motion to Dismiss, and the complaint is dismissed without prejudice.
3      Plaintiff may file an amended complaint within 30 days from the date of
4  this order.

6  Dated:  January 7, 2010

                                                _____
                                                Honorable Jacqueline H. Nguyen
                                                UNITED STATES DISTRICT COURT